UNITED STATES COURT OF APPEALS
FOR THE TENTH CIRCUIT

### Entry of Appearance and Certificate of Interested Parties

| | |
|---|---|
| Russell Greer,<br><br>    Appellant,<br><br>    v.<br><br>Gary R. Herbert, et al.,<br><br>    Appellees. | Case No. 18-4075 |

**INSTRUCTIONS:** COUNSEL FOR A PARTY MUST FORTHWITH EXECUTE AND FILE THIS FORM, INDICATING METHOD(S) OF SERVICE ON ALL OTHER PARTIES.  MULTIPLE COUNSEL APPEARING FOR A PARTY OR PARTIES AND WHO SHARE THE SAME MAILING ADDRESS MAY ENTER THEIR APPEARANCES ON THE SAME FORM BY EACH SIGNING INDIVIDUALLY.

**Gary R. Herbert, Governor of the State of Utah, and Sean D. Reyes, Utah Attorney General,** Defendants-Appellants, in the subject case.

    Further, in accordance with 10th Cir. R. 46.1, the undersigned certify(ies) as follows: (Check one.)

[ ]    On the reverse of this form is a completed certificate of interested parties and/or attorneys not otherwise disclosed, who are now or have been interested in this litigation or any related proceeding. Specifically, counsel should not include in the certificate any attorney or party identified immediately above.

[x]    There are no such parties, or any such parties have heretofore been disclosed to the court.

| | |
|---|---|
| Stanford Purser<br>Name of Counsel | Tyler R. Green<br>Name of Counsel |
| s/ Stanford Purser<br>Signature of Counsel | s/ Tyler R. Green<br>Signature of Counsel |
| Office of the Utah Attorney General<br>160 East 300 South, 5th Floor<br>P.O. Box 140858<br>Salt Lake City, Utah 84114-0858<br>Telephone: (801) 366-0533<br>Mailing Address and Telephone Number | Office of the Utah Attorney General<br>350 North State Street, Ste. 230<br>P.O. Box 142320<br>Salt Lake City, Utah 84114-2320<br>Telephone: (801) 538-9600<br>Mailing Address and Telephone Number |
| spurser@agutah.gov<br>E-Mail Address | tylergreen@agutah.gov<br>E-Mail Address |

**A-5**  Entry of Appearance Form 10/09

CERTIFICATE OF SERVICE

    I hereby certify that a copy of this Entry of Appearance and Certificate of Interested Parties and Non-Parties was served this 25th day of May, 2018 via CM/ECF system on all counsel, and served via United States mail on Appellant:

Russell Greer
3068 West Mark Ave.
West Valley City, Utah 84119

                                                s/ Stanford Purser