# UNITED STATES COURT OF APPEALS
# FOR THE TENTH CIRCUIT

## Entry of Appearance and Certificate of Interested Parties

| | |
|---|---|
| RUSSELL G. GREER<br><br>    Plaintiff – Appellant,<br>v.<br><br>GARY HERBERT, et al.,<br><br>    Defendants – Appellees. | Case No. 18-4075<br>(D.C. No. 2:16-cv-01067-DBP)<br>(D. Utah) |

**INSTRUCTIONS: COUNSEL FOR A PARTY MUST FORTHWITH EXECUTE AND FILE THIS FORM, INDICATING METHOD(S) OF SERVICE ON ALL OTHER PARTIES. MULTIPLE COUNSEL APPEARING FOR A PARTY OR PARTIES AND WHO SHARE THE SAME MAILING ADDRESS MAY ENTER THEIR APPEARANCES ON THE SAME FORM BY EACH SIGNING INDIVIDUALLY.**

In accordance with 10th Cir. R. 46.1, the undersigned attorney(s) hereby appear as counsel for Ben McAdams, Sim Gill, Rolan Yoshinaga Appellants/Defendants, in the subject case(s).

Further, in accordance with 10th Cir. R. 46.1, the undersigned certify(ies) as follows: **(Check one.)**

☐    On the reverse of this form is a completed certificate of interested parties and/or attorneys not otherwise disclosed, who are now or have been interested in this litigation or any related proceeding. Specifically, counsel should not include in the certificate any attorney or party identified immediately above.

✓    There are no such parties, or any such parties have heretofore been disclosed to the court.

Jacque M. Ramos
Name of Counsel                              Name of Counsel

/s/ Jacque M. Ramos
Signature of Counsel                             Signature of Counsel

35 East 500 South, SLC, UT 84111

385-468-7785
Mailing Address and Telephone Number           Mailing Address and Telephone Number

jmramos@slco.org
E-Mail Address                                   E-Mail Address

**A-5**  Entry of Appearance Form 10/09

I hereby certify that a copy of this Entry of Appearance and Certificate of Interested Parties was served on May 28, 2018 via U.S. mail, first class postage pre-paid to the following:

To: Russell G. Greer
   3306 E. Del Verde Ave.
   Salt Lake City, UT 84109

   Russell Greer
   3068 W. Mark Ave
   West Valley City, UT 84119-2710

                                                /s/Iris Pittman
                                                Iris Pittman

**A-5** Entry of Appearance Form 10/09

# UNITED STATES COURT OF APPEALS
# FOR THE TENTH CIRCUIT

v. | Case No.

**Certificate of Interested Parties**

    The following are not direct parties in this appeal but do have some interest in or a relationship with the litigation or the outcome of the litigation. *See* 10th Cir. R. 46.1(D). In addition, attorneys not entering an appearance in this court but who have appeared for any party in prior trial or administrative proceedings, or in related proceedings, are noted below.

(Attach additional pages if necessary.)