# UNITED STATES COURT OF APPEALS
# FOR THE TENTH CIRCUIT

**Entry of Appearance and Certificate of Interested Parties**

| | |
|---|---|
| RUSSELL G. GREER,<br><br>        Plaintiff – Appellant,<br><br>v.<br><br>GARY R. HERBERT, in his individual capacity as Governor of the State of Utah; SEAN D. REYES, in his official capacity as Attorney General of the State of Utah; SIM S. GILL, in his official capacity as District Attorney of the City and County of Salt Lake; JACKIE BISKUPSKI, in her official capacity as Mayor of the City of Salt Lake, BEN MCADAMS, in his official capacity as Mayor of the County of Salt Lake, KATHY BERG, in her official capacity as Director of the Division of Commerce; JAMES ALLRED, in his official capacity as Business Licensing Manager for the City of Salt Lake; ROLEN YOSHINAGA, in his official capacity as Director of Planning and Development of the County of Salt Lake,<br><br>        Defendants – Appellees. | Case No. 18-4075<br><br>(District of Utah Court Case No.: 2:16-cv-01067-DBP) |

      In accordance with 10th Cir. R. 46.1, the undersigned attorney(s) hereby appear as counsel for **Jackie Biskupski and James Allred**, Appellee/Defendants in the subject case(s).

Further, in accordance with 10th Cir. R. 46.1, the undersigned certify(ies) as follows:  **(Check one.)**

☐ On the reverse of this form is a completed certificate of interested parties and/or attorneys not otherwise disclosed, who are now or have been interested in this litigation or any related proceeding. Specifically, counsel should not include in the certificate any attorney or party identified immediately above.

✓ There are no such parties, or any such parties have heretofore been disclosed to the court.


Catherine L. Brabson
Name of Counsel

 /s/  Catherine L. Brabson
Signature of Counsel

P.O. Box 145478
451 South State Street, Suite 505A
Salt Lake City, UT 84114-5478
(801) 535-7788
Catherine.Brabson@slcgov.com

      I hereby certify that a copy of this **Entry of Appearance and Certificate of Interested Parties** was served on the 29th day of May, 2018 via U.S. mail, first class postage pre-paid, to the following:

Russell Greer
3068 West Mark Avenue
West Valley City, UT 84119
russmark@gmail.com
*Plaintiff*


      /s/  Lindsay Ross
     (Signature)


HB #70642

# UNITED STATES COURT OF APPEALS
# FOR THE TENTH CIRCUIT

v. | Case No.

## Certificate of Interested Parties

The following are not direct parties in this appeal but do have some interest in or a relationship with the litigation or the outcome of the litigation. *See* 10th Cir. R. 46.1(D). In addition, attorneys not entering an appearance in this court but who have appeared for any party in prior trial or administrative proceedings, or in related proceedings, are noted below.

(Attach additional pages if necessary.)