UNITED STATES COURT OF APPEALS
FOR THE TENTH CIRCUIT

U.S. COURT OF APPEALS
10TH CIRCUIT
2018 JUN -4  AM 9:29

Entry of Appearance - Pro Se

Russell Greer

v.

Gary Herbert et al.

Case No. 0:18-cv-04075

**INSTRUCTIONS:** A PARTY DESIRING TO APPEAR WITHOUT COUNSEL SHALL NOTIFY THE CLERK BY COMPLETING AND SIGNING THIS FORM. THE FEDERAL RULES OF APPELLATE PROCEDURE AND TENTH CIRCUIT RULES REQUIRE THAT ALL PAPERS SUBMITTED TO THE COURT FOR FILING BE SIGNED BY THE FILING PARTY AND THAT COPIES BE SERVED ON OPPOSING PARTIES OR THEIR COUNSEL, IF REPRESENTED BY COUNSEL. THE ORIGINAL OF EVERY PAPER SUBMITTED FOR FILING MUST CONTAIN PROOF OF SERVICE IN A FORM SIMILAR TO THAT ON THE REVERSE OF THIS FORM. ANY PAPER THAT DOES NOT CONTAIN THE REQUIRED PROOF OF SERVICE MAY BE DISREGARDED BY THE COURT OR RETURNED.

I hereby notify the clerk that I am appearing pro se as the

_____Appellant_____ in
(Appellant, Petitioner, Appellee or Respondent)

this case. All notices regarding the case should be sent to me at the address below. If my mailing address changes, I will promptly notify the clerk in writing of my new address.

Further, in accordance with 10th Cir. R. 46.1, I certify: **(Check one.)**

☒    All parties to this litigation, including parties who are now or have been interested in this litigation, are revealed by the caption for this appeal, or

☐    There are parties interested in this litigation that do not appear in the caption for this appeal, and they are listed on the back of this form.

_____
Signature

Russell Greer
Name 3068 West Mark Ave, West Valley City,
        Utah 84119
Mailing Address
 West Valley City, Utah 84119
City            State           Zip Code

A-5a Pro Se Entry of Appearance Form 10/09

## CERTIFICATE OF SERVICE

I hereby certify that on ___05/25/2018___ I sent a copy of
[date]
the Pro Se Entry of Appearance Form to: ___David Wolf, Jackie Ramos and Catherine Brabson___
at ___Dnwolf@agutah.gov, Catherine.brabson@slcgov.com &___

___jmramos@slco.org___, the last known

address/email address, by ___electronic mail___.
[state method of service]

___05/25/2018___
Date

___[signature]___
Signature

---

## CERTIFICATE OF INTERESTED PARTIES
(attached additional pages if necessary)

A-5a  Pro Se Entry of Appearance Form 10/09

FedEx Express

earthsmart
FedEx carbon-neutral envelope shipping

ORIGIN ID:BTFA (385) 214-4590
RUSSELL GREER
3068 W. MARK AVE.

WEST VALLEY CITY, UT 84119
UNITED STATES US

SHIP DATE: 31MAY18
ACTWGT: 0.50 LB
CAD: 6997087/SSF01904

BILL CREDIT CARD

TO BRYON WHITE US COURTHOUSE
US COURT OF APPEALS
1823 STOUT ST

DENVER CO 80257
(303) 844-3157   REF:
INV:          DEPT:
PO:



FedEx Express

REL#
3785346

TUE - 05 JUN 4:30P
EXPRESS SAVER

TRK# 7812 0955 0298
0201

ST DENA        80257
              DEN
           CO-US

Appellate Case: 18-4075   Document: 8   Date Filed: 06/04/2018   Page: 3