# UNITED STATES COURT OF APPEALS
# FOR THE TENTH CIRCUIT
# OFFICE OF THE CLERK

Byron White United States Courthouse
1823 Stout Street
Denver, Colorado 80257
(303) 844-3157

Elisabeth A. Shumaker
Clerk of Court

June 7, 2018

Chris Wolpert
Chief Deputy Clerk

Mr. David N. Wolf
Office of the Attorney General for the State of Utah
Criminal Appeals Division
160 East 300 South, 6th Floor
P.O. Box 140854
Salt Lake City, UT 84114

**RE:** 18-4075, Greer v. Herbert, et al
Dist/Ag docket: 2:16-CV-01067-DBP

Dear Counsel:

You have failed to comply with the requirements of the Federal Rules of Appellate Procedure or Tenth Circuit Rules in the following respect:

An entry of appearance for Kathy Berg has not been filed as required by 10th Cir. R. 46.1.

Please correct the stated deficiency within 10 days of the date of this notice if this appellee intends to participate in this appeal. If this party does not intend to participate in the appeal, please file a "notice of non-participation" with the court as soon as possible.

Please contact this office if you have questions.

Sincerely,

Elisabeth A. Shumaker
Clerk of the Court

cc:      Russell G. Greer
           Catherine L. Brabson
           Tyler R. Green
           Stanford E. Purser
           Jacque Marie Ramos


EAS/sls