**UNITED STATES COURT OF APPEALS
FOR THE TENTH CIRCUIT
OFFICE OF THE CLERK**

Byron White United States Courthouse
1823 Stout Street
Denver, Colorado 80257
(303) 844-3157

Elisabeth A. Shumaker                                                                                                 Chris Wolpert
Clerk of Court                             June 26, 2018                                              Chief Deputy Clerk

Russell G. Greer
3068 West Mark Avenue
West Valley City, UT 84119

**RE:    18-4075, Greer v. Herbert, et al**
          Dist/Ag docket: 2:16-CV-01067-DBP

Dear Appellant:

Please note the following requirements for prosecuting this matter.

This court has been informed that the district court granted you leave to proceed without prepayment of fees. You do not have to pay the filing and docketing fees, nor do you need to apply to this court for leave to appeal without prepayment of fees.

You must file an opening brief within 40 days from the date of this letter. You may use the Pro Se Brief form (which will be provided to you) or you may file a separate brief. If you do not use the form, your brief must comply with the Federal Rules of Appellate Procedure and Tenth Circuit Rules with respect to briefs. Failure to file a brief is grounds for dismissal without further notice. Copies must be served on all opposing counsel and all unrepresented parties. The clerk may refuse to file any brief which does not comply with the rules and the court's instructions. Motions for extensions of time are not favored and, absent extraordinary circumstances, will not be granted.

The appellees may file an answer brief within 30 days after filing and service of your opening brief. Copies must be served on all opposing counsel and all unrepresented parties.

If the appellees file an answer brief, you may file a reply brief. Your reply brief must be filed within 14 days after filing and service of appellees' answer brief. Copies must be served on all opposing counsel and all unrepresented parties.

Please contact this office if you have questions.

          Sincerely,

          Elisabeth A. Shumaker
          Clerk of the Court

cc:    Catherine L. Brabson
       Tyler R. Green
       Stanford E. Purser
       Jacque Marie Ramos
       David N. Wolf

EAS/dd