Russell Greer
6337 South Highland Dr.
#209
Holladay, Utah 84121
801-895-3501
russmark@gmail.com
Pro Se Litigant



# IN THE UNITED STATES COURT OF APPEALS

# FOR THE 10TH CIRCUIT

| RUSSELL G. GREER, | NOTICE OF CHANGE OF ADDRESS |
|---|---|
| Plaintiff | |
| v. | Case No.:   18-4075 |
| GARY HERBERT ET AL, | |
| Defendant | |

1

Plaintiff Russell G. Greer comes forward now and informs the Court of his updated address:

> Russell Greer
> 6337 South Highland Dr.
> #209
> Holladay, Utah 84121

DATED: July 2nd, 2018

Respectfully submitted,

By:

Russell Greer
Pro Se Litigant
/rgreer/



**CERTIFICATE OF SERVICE:**

I certify that on July 2nd, 2018, a true and correct copy of PLAINTIFF'S NOTICE OF CHANGE OF ADDRESS was emailed to the following:

Tyler Green, Assistant Attorney General and Counsel to State Defendants Berg, Herbert & Reyes.
tylergreen@agutah.gov

Jackie Ramos: Counsel for County Defendants Gill, McAdams & Yoshinaga.
jmramos@slco.org

Catherine Brabson, Counsel for City Defendants Allred and Biskupski
Catherine.Brabson@slcgov.com