# UNITED STATES COURT OF APPEALS
# FOR THE TENTH CIRCUIT

| | |
|---|---|
| RUSSELL G. GREER,<br><br>Plaintiff-Appellant,<br><br>vs.<br><br>GARY R. HERBERT, in his individual capacity as Governor of the State of Utah; SEAN D. REYES, in his official capacity as Attorney General of the State of Utah; SIM S. GILL, in his official capacity as District Attorney of the City and County of Salt Lake; JACKIE BISKUPSKI, in her official capacity as Mayor of the City of Salt Lake, BEN MCADAMS, in his official capacity as Mayor of the Count of Salt Lake, KATHY BERG, in her official capacity as Director of the Division of Commerce; JAMES ALLRED, in his official capacity as Business Licensing Manager for the City of Salt Lake; ROLEN YOSHINAGA, in his official capacity as Director of Planning and Development of the County of Salt Lake,<br><br>Defendants-Appellees. | Appeal No. 18-4075 |

## STIPULATED JOINT MOTION OF PLAINTIFF-APPELLANT RUSSELL GREER AND DEFENDANTS-APPELLEES JACKIE BISKUPSKI AND JAMES ALLRED FOR PARTIAL DISMISSAL OF APPEAL

Pursuant to Fed. R. App. P. 42(b), Plaintiff-Appellant Russell Greer, *pro se*, and Defendants-Appellees Jackie Biskupsi and James Allred (collectively, the "City Defendants"), by and through their attorney of record Catherine L. Brabson, hereby agree and move this Court to voluntarily dismiss the City Defendants from this case with prejudice. The Parties further agree to bear their own attorney's fees, including costs, and any other fees due, as between Plaintiff-Appellant Greer and the City Defendants.

Respectfully submitted this 7th day of August, 2018.

/s/   Russell G. Greer
RUSSELL G. GREER
*Pro Se Plaintiff-Appellant*
(Signed electronically w/ Permission)

/s/   Catherine L. Brabson
CATHERINE L. BRABSON
*Attorney for Defendants-Appellees*
*Jackie Biskupski and James Allred*

# CERTIFICATION OF COUNSEL

The undersigned hereby certifies that:

1. This brief complies with the type volume limitation as required by Fed. R. App. P. 27(d)(2)(A) and Local Rule 27.3(B)(3). Further this brief complies with the typeface and typestyle requirements of Fed. R. App. P. 32(a)(5) – (6), using Microsoft Word 2016 and a proportionally spaced font, Times New Roman, 14 pts.

2. Pursuant to Local Rule 25.5 of the Federal Rules of Appellate Procedure, all required privacy redactions have been made.

3. Pursuant to Fed. R. App. P. 27(d)(3), an original and 3 copies being submitted to the Clerk of the Court today, are exact copies of the version submitted electronically.

4. This file has been scanned for viruses using Windows Defender Security Center, Antivirus Version 1.269.477.0 and Antispyware Version 1.269.477.0, last updated August 7, 2018.

# CERTIFICATE OF SERVICE

I hereby certify that on 7th day of August, 2018, a true and correct copy of the **STIPULATED JOINT MOTION OF PLAINTIFF-APPELLANT RUSSELL GREER AND DEFENDANTS-APPELLEES JACKIE BISKUPSKI AND JAMES ALLRED FOR PARTIAL DISMISSAL OF APPEAL** was electronically filed with the Court which sent notice to the following:

David N. Wolf
OFFICE OF THE UTAH ATTORNEY GENERAL
P.O. Box 140856
160 East 300 South, 6th Floor
Salt Lake City, UT 84114-0856
dnwolf@utah.gov
*Attorney for Defendants Gary Herbert, Sean D. Reyes, and Kathy Berg*

David M. Quealy
Jennifer Bailey
Jacque M. Ramos
SALT LAKE COUNTY DISTRICT ATTORNEY'S OFFICE
35 East 500 South
Salt Lake City, UT 84111
dquealy@slco.org
jenbailey@slco.org
jmramos@slco.org
*Attorneys for Defendants Sim S. Gill, Ben McAdams, and Rolen Yoshinaga*

And was sent via email and first class mail, postage prepaid, to the following:

Russell Greer
6337 South Highland Drive, #209
Holladay, UT 84121
russmark@gmail.com
*Plaintiff*

                                         /s/   Lindsay Ross

HB #72200