FILED
United States Court of Appeals
Tenth Circuit

August 7, 2018

Elisabeth A. Shumaker
Clerk of Court

# UNITED STATES COURT OF APPEALS

## FOR THE TENTH CIRCUIT

_____

RUSSELL G. GREER,

    Plaintiff - Appellant,

v.

GARY R. HERBERT, in his official capacity as Governor of the State of Utah, et al.,

    Defendants - Appellees.

No. 18-4075
(D.C. No. 2:16-CV-01067-DBP)
(D. Utah)

_____

## ORDER
_____

This matter is before the court on the *Stipulated Joint Motion of Plaintiff-Appellant Russell Greer and Defendants-Appellees Jackie Biskupski and James Allred for Partial Dismissal of Appeal*, in which appellant Russell Greer and appellees Jackie Biskupski and James Allred move the court under Fed. R. App. P. 42(b) for the voluntarily dismissal with prejudice of appellees Biskupski and Allred.

Upon consideration, the court grants the motion and dismisses appellees Biskupski and Allred from this appeal, each party to bear their own attorneys' fees and costs as between them.

                                Entered for the Court
                                ELISABETH A. SHUMAKER, Clerk

                                by: Lisa A. Lee
                                    Counsel to the Clerk