# UNITED STATES COURT OF APPEALS
# FOR THE TENTH CIRCUIT

_____

| | |
|---|---|
| Russel G. Greer,<br><br>*Plaintiff-Appellant,*<br><br>v.<br><br>Gary R. Herbert, Governor of the State of Utah, et al.,<br><br>*Defendants-Appellees.* | No. 18-4075 |

_____

**State Appellees' Motion for Extension of Time
to File Response Brief**

_____

The State Appellees (State) request a 30-day extension of time to file their response brief. The extension is necessary because of other conflicting appellate deadlines.

The State's response brief is currently due on September 4, 2018. If the extension is granted, the brief would be due on October 4, 2018.

The State has not previously requested an extension of time to file the response brief. The State has not been able to confer with Appellant because

1

he is pro se. Nor has the State heard from the County Appellees whether they oppose the motion.[1]

Good cause exists to grant the extension. Due to work on other appellate matters, The State's counsel in this matter has not been and will not be able to complete the response within the current deadline.

The other appellate matters include:

(a) preparing for and presenting oral argument to the Court on August 15, 2018 in *Count My Vote v. Cox*, No. 20180470-SC (Utah Supreme Court);

(b) finishing and filing an amicus brief involving multiple constitutional challenges on August 22, 2018 in *Vega v. Jordan Valley Medical Center*, No. 20170866-SC (Utah Supreme Court); and

(c) drafting a reply brief currently due on August 31, 2018 (the AGO has requested a 5-day extension to September 5, 2018) in *Richards v. Cox*, No. 20180033-SC (Utah Supreme Court).

In addition, undersigned counsel was out of the office and unable to do any substantive work during the week of August 6 to August 10, 2018. Under

---

[1] Undersigned counsel sent an email on August 24, 2018 asking counsel for the County Appellees whether she opposed this motion to extend. County Appellees' counsel has not responded. Undersigned counsel also left a voice message on August 27, 2018 with the County's counsel but had not heard back from her before filing this motion.

2

the circumstances, counsel will not be able to file a response brief within the current deadline.

## Conclusion

Due to deadlines in other appellate matters, the State Appellees respectfully request an additional 30 days to file their response brief.

Respectfully submitted,

s/ Stanford Purser
Stanford E. Purser
Deputy Solicitor General
160 East 300 South, Fifth Floor
Salt Lake City, UT  84114
*Counsel for Appellees*

## ECF Certifications

Pursuant to Section II(I) of the Court's CM/ECF User's Manual, the undersigned certifies that:

1. all required privacy redactions have been made;

2. hard copies of the foregoing motion required to be submitted to the clerk's office are exact copies of the motion as filed via ECF; and

3. the motion filed via ECF was scanned for viruses with the most recent version of Symantec™ Endpoint Protection (version 14.0.2332.0100), and according to the program is free of viruses.

s/ Stanford Purser

## Certificate of Service

I hereby certify that on the 27th day of August, 2018, a true, correct and complete copy of the foregoing Motion for Extension of Time to File Response Brief was filed with the Court and served on all counsel of record via the Court's ECF system, and on Appellant as follows:

Russel Greer
6337 South Highland Drive, #209
Salt Lake City, Utah 84121

s/ Stanford Purser