FILED  
United States Court of Appeals  
Tenth Circuit  

August 28, 2018  

Elisabeth A. Shumaker  
Clerk of Court

**UNITED STATES COURT OF APPEALS**

**FOR THE TENTH CIRCUIT**

_____

| | |
|---|---|
| RUSSELL G. GREER,<br><br>    Plaintiff - Appellant,<br><br>v.<br><br>GARY R. HERBERT, in his official capacity as Governor of the State of Utah, et al.,<br><br>    Defendants - Appellees,<br><br>JAMES ALLRED, in his official capacity as Business Licensing Manager for the City of Salt Lake, et al.,<br><br>    Defendants. | No. 18-4075 |

_____

**ORDER**
_____

This matter is before the court on *State Appellees' Motion for Extension of Time to File Response Brief* in this appeal. The motion is granted. The State Appellees' response brief shall be filed and served on or before October 4, 2018. No further extensions will be granted on the Clerk's authority.

Entered for the Court

ELISABETH A. SHUMAKER, Clerk