# UNITED STATES COURT OF APPEALS
# FOR THE TENTH CIRCUIT

| | |
|---|---|
| RUSSELL G. GREER<br><br>    Plaintiff – Appellant,<br>v.<br><br>GARY HERBERT, et al.,<br><br>Defendants – Appellees,<br><br>    Defendants/Appellees. | 18-4075<br><br>**Salt Lake County Appellees' Motion for Extension of Time to File Response Brief** |

    Appellees Ben McAdams, Sim Gill, Rolan Yoshinaga (collectively "County Appellees") hereby move pursuant to Fed. R. App. P. 27 and 10th Cir. R. 27.5 for an extension of 30 days to file County Appellees' brief.

In support of this motion, the County Appellees state as follows:

    1.    The County's response brief is currently due on September 4, 2018.

    2.    Due to deadlines on other matters, County's counsel in this matter has not been and will not be able to complete the response within the current deadline.

    3.    The County has not previously requested an extension of time to file the response brief.

    4.    The County has conferred with Appellant and he is agreeable to the extension.

    5.    State Appellees are not opposing the motion.

6.      Good cause exists to grant the extension. Due to work on other matters, including appellate matters, The State's counsel in this matter has not been and will not be able to complete the response within the current deadline. The other matters include:

(a) Completing and filing a Martinez Report and Summary Judgment Motion on August 10, 2018, involving claims of deliberative indifference, Bacon v. Todd Wilcox et al., Case No. 2:158-cv-145 (U.S. District Court – Utah)
(b) completing and filing a partial motion to dismiss and Answer to an 88 page complaint on August 31, 2018 in Nelson v. SLCO, No. 2:18-cv-0189 (Utah District Court);
(c) filing a reply brief for appeallant involving appeal of administrative law judge's determination to the Court on September 17, 2018 in *SLCO v. Meister,* No. 170907663 (Utah District Court);

Additionally, counsel has been out of town August 15 – 19, 2018. Accordingly, County Appellees respectfully request an enlargement of time for the filing of its response brief until close of business on Thursday October 4, 2018.

Respectfully submitted this 29th day of August 2018.

                                    SIM GILL
                                    Salt Lake County District Attorney

                                s/ Jacque M. Ramos
                                Jacque M. Ramos
                                Deputy District Attorney
                                *Counsel for County Appellees*

## CERTIFICATIONS

1. All required privacy redactions have been made.

2. Any required paper copies to be submitted to the court are exact copies of this version submitted electronically.

3. The electronic submission was scanned for viruses with the most recent version of IBM Big Fix Remote Control.

s/ Iris Pittman

## Certificate of Service

I hereby certify that on the 29th day of August, 2018, a true, correct and complete copy of the foregoing Motion for Extension of Time to File Response Brief was filed with the Court and served on all counsel of record via the Court's ECF system, and on Appellant as follows:

Russel Greer
6337 South Highland Drive, #209
Salt Lake City, Utah 84121

s/ Iris Pittman