FILED
United States Court of Appeals
Tenth Circuit

**UNITED STATES COURT OF APPEALS**

**FOR THE TENTH CIRCUIT**

August 29, 2018

Elisabeth A. Shumaker
Clerk of Court

---

RUSSELL G. GREER,

    Plaintiff - Appellant,

v.

GARY R. HERBERT, in his official capacity as Governor of the State of Utah, et al.,

    Defendants - Appellees,

JAMES ALLRED, in his official capacity as Business Licensing Manager for the City of Salt Lake, et al.,

    Defendants.

No. 18-4075

---

**ORDER**

---

This matter is before the court on *Salt Lake County Appellees' Motion for Extension of Time to File Response Brief* in this appeal. The motion is granted. The response brief shall be filed and served on or before October 4, 2018. No further extensions will be granted on the Clerk's authority.

    Entered for the Court

    ELISABETH A. SHUMAKER, Clerk