# UNITED STATES COURT OF APPEALS
# FOR THE TENTH CIRCUIT

| | |
|---|---|
| RUSSELL G. GREER<br><br>    Plaintiff – Appellant,<br><br>v.<br><br>GARY HERBERT, et al.,<br><br>Defendants – Appellees,<br><br>    Defendants/Appellees. | 18-4075<br><br>STIPULATED JOINT MOTION OF PLAINTIFF-APPELLANT RUSSELL GREER AND DEFENDANTS-APPELLEES BEN MCADAMS AND ROLEN YOSHINAGA |

Pursuant to Fed. R. App. P. 42(b), Plaintiff-Appellant Russell Greer, *pro se*, and Defendants-Appellees Ben McAdams and Rolen Yoshinaga (collectively, the "County Defendants"), by and through their attorney of record Jacque M. Ramos, hereby agree and move this Court to voluntarily dismiss the County Defendants from this case with prejudice. The Parties further agree to bear their own attorney's fees, including costs, and any other fees due, as between Plaintiff-Appellant Greer and the County Defendants.

Respectfully submitted this 10th day of September, 2018.

/s/ Russell G. Greer  
RUSSELL G. GREER  
*Pro Se Plaintiff-Appellant*  
(Signed electronically w/ Permission)

/s/ Jacque M. Ramos  
JACQUE M. RAMOS  
*Attorney for Defendants-Appellees*  
*Ben McAdams & Rolen Yoshinaga*

## CERTIFICATIONS

1. All required privacy redactions have been made.

2. Any required paper copies to be submitted to the court are exact copies of this version submitted electronically.

3. The electronic submission was scanned for viruses with the most recent version of IBM Big Fix Remote Control.

s/ Iris Pittman

## CERTIFICATE OF SERVICE

I hereby certify that on the 10th day of September, 2018, a true, correct and complete copy of the foregoing Stipulated Joint Motion of Plaintiff-Appellant Russell Greer and Defendants-Appellees Ben McAdams and Rolen Yoshinaga was filed with the Court and served on all counsel of record via the Court's ECF system, as follows:

David N. Wolf
OFFICE OF THE UTAH ATTORNEY GENERAL
P.O. Box 140856
160 East 300 South, 6th Floor
Salt Lake City, UT 84114-0856
dnwolf@utah.gov
*Attorney for Defendants Gary Herbert, Sean D. Reyes, and Kathy Berg*

And was sent via email and first class mail, postage prepaid, to the following:
Russell Greer
6337 South Highland Drive, #209
Holladay, UT 84121
russmark@gmail.com
*Plaintiff*

s/ Iris Pittman