FILED
United States Court of Appeals
Tenth Circuit

September 11, 2018

Elisabeth A. Shumaker
Clerk of Court

# UNITED STATES COURT OF APPEALS

## FOR THE TENTH CIRCUIT

———————————————

| | |
|---|---|
| RUSSELL G. GREER,<br><br>    Plaintiff - Appellant,<br><br>v.<br><br>GARY R. HERBERT, in his official capacity as Governor of the State of Utah, et al.,<br><br>    Defendants - Appellees,<br><br>JAMES ALLRED, in his official capacity as Business Licensing Manager for the City of Salt Lake, et al.,<br><br>    Defendants. | No. 18-4075<br>(D.C. No. 2:16-CV-01067-DBP)<br>(D. Utah) |

———————————————

**ORDER**

———————————————

This matter is before the court on the *Stipulated Joint Motion of Plaintiff-Appellant Russell Greer and Defendants-Appellees Ben McAdams and Rolen Yoshinaga*, in which Appellant Russell Greer and Appellees Ben McAdams and Rolen Yoshinaga move the court under Fed. R. App. P. 42(b) for the voluntarily dismissal with prejudice of appellees McAdams and Yoshinaga.

Upon consideration, the court grants the motion and dismisses Appellees

McAdams and Yoshinaga from this appeal, each party to bear their own attorneys' fees and costs as between them.

> Entered for the Court
> ELISABETH A. SHUMAKER, Clerk
>
> by: Lindy Lucero Schaible
>     Counsel to the Clerk