**FILED**
**United States Court of Appeals**
**Tenth Circuit**

**October 10, 2018**

**Elisabeth A. Shumaker**
**Clerk of Court**

**UNITED STATES COURT OF APPEALS**

**FOR THE TENTH CIRCUIT**

_____

| | |
|---|---|
| RUSSELL G. GREER,<br><br>    Plaintiff - Appellant,<br><br>v.<br><br>GARY R. HERBERT, in his official capacity as Governor of the State of Utah, et al.,<br><br>    Defendants - Appellees,<br><br>and<br><br>JAMES ALLRED, in his official capacity as Business Licensing Manager for the City of Salt Lake, et al.,<br><br>    Defendants. | No. 18-4075<br>(D.C. No. 2:16-CV-01067-DBP)<br>(D. Utah) |

_____

**ORDER**
_____

This matter comes on for consideration of the submission of a supplemental appendix by Appellee Gill. Upon consideration thereof, the appendix will be filed as an attachment to Appellee Gill's brief. The appeal is proceeding on the district court record as the appellant is pro se, *see* 10th Cir. 10.2(C), and thus an appendix is not required. However, because the appellant did not attach the order and the judgment to the opening

brief, *see* 10th Cir. R. 28.2(A), the supplemental appendix will be filed as an attachment to Appellee Gill's brief., *see* 10th Cir. 28.2(B).

>Entered for the Court
>ELISABETH A. SHUMAKER, Clerk
>
>by: Ellen Rich Reiter
>    Jurisdictional Attorney