**UNITED STATES COURT OF APPEALS**
**FOR THE TENTH CIRCUIT**
**OFFICE OF THE CLERK**

Byron White United States Courthouse
1823 Stout Street
Denver, Colorado 80257
(303) 844-3157

Elisabeth A. Shumaker
Clerk of Court

April 9, 2019

Chris Wolpert
Chief Deputy Clerk

Russell G. Greer
6337 South Highland Drive, Unit 209
Salt Lake City, UT 84121

**RE:**   **18-4075, Greer v. Herbert, et al**
Dist/Ag docket: 2:16-CV-01067-DBP

Dear Appellant:

Enclosed is a copy of the order and judgment issued today in this matter. The court has entered judgment on the docket pursuant to Fed. R. App. P. Rule 36.

Please contact this office if you have questions.

Sincerely,

*Elisabeth A. Shumaker*

Elisabeth A. Shumaker
Clerk of the Court

cc:   Catherine L. Brabson
      Tyler R. Green
      Stanford E. Purser
      Jacque Marie Ramos
      Lance Sorenson
      David N. Wolf

EAS/sls